THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYE CHRISTOPHER RASHAAD NEWTON,

    Plaintiff,

v.

GEORGETTE P. ODEN, *d/b/a* G. Oden PLLC,

    Defendant.

CIVIL ACTION NO. 3:23-CV-1470
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 30th DAY OF NOVEMBER 2023, upon review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 6) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 6) is **ADOPTED** for the reasons set forth therein.

2. The above-captioned action is transferred to the United States District Court the Southern District of Texas.

3. A determination on Plaintiff's applications to proceed *in forma pauperis* (Docs. 4, 7) is deferred to the transferee court.

4. The Clerk of Court is directed to **CLOSE** the case in the Middle District of Pennsylvania.

Robert D. Mariani
United States District Judge